B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>for the District of Delaware | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Anpath Group, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Telecomm Network Sales, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**20-1602779** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**224 Rolling Hill Road, Suite #2A**<br>**Mooresville, NC**<br>ZIP CODE **28117** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Iredell** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br>**Manufacturing**<br>**Tax-Exempt Entity**<br>(check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>■ Chapter 11  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 12<br>☐ Chapter 13  of a Foreign Nonmain Proceeding |

| | Nature of Debts<br>(Check one box) |
|---|---|
| | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purposes."  ■ Debts are primarily business debts |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.<br>------------------------------<br>Check all applicable boxes:<br>■ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Anpath Group, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (*e.g.,* forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)　　(Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Anpath Group, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C § 342(b).

I request relief in accordance with the chapter of title 11, United States Code specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

**Mark E. Felger (No. 3919)**
Printed Name of Attorney for Debtor(s)

**Cozen O'Connor**
Firm Name

**1201 N. Market Street, Suite 1400**
**Wilmington, DE 19801**
Address

**(302) 295-2000**
Telephone Number

**May 20, 2010**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**J. Lloyd Breedlove**
Printed Name of Authorized Individual

**President and Chief Executive Officer**
Title of Authorized Individual

**May 20, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U S C § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section, Official Form 19B is attached.

_____
Printed Name and title, if any, of the Bankruptcy Petition Preparer

_____
Social Security number (if the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer) (Required by 11 U S C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110, 18 U.S.C §156.*

# EXHIBIT A TO VOLUNTARY PETITION

1. The SEC file number of Anpath Group, Inc. (the "Debtor") is: 333-123365

2. The following financial data refers to the Debtor's financial condition as of December 31, 2009, the date of the Debtor's last 10-Q filing with the SEC[1]:

   a. Total assets                                      $1,548,646

   b. Total debts                                       $3,536,825

   c. Debt securities held by more than 500 holders:      No

   |  |  | Amount | Approximate number of holders |
   |---|---|---|---|
   | d. | Number of shares of preferred stock | 0 (outstanding) | None |
   | e. | Number of shares of common stock | 17,466,295 (outstanding) | 400 |

3. Brief description of the Debtor's business:

   The Debtor is a Delaware corporation incorporated in 2004. The principal business of the Debtor is that of a holding company. The Debtor's wholly owned subsidiary is EnviroSystems Holdings, Inc., a Delaware Corporation, which in turn wholly owns EnviroSystems, Inc, a Nevada Corporation ("ESI")

   ESI provides infection control products on an international basis through both direct sales and channels of distribution. ESI's products are currently sold to transportation, military and industrial/institutional markets. ESI's products are manufactured utilizing chemical-emulsion technology, designed to make the products effective against a broad spectrum of harmful organisms while safe to people, equipment and habitat.

   The Debtor is headquartered in Mooresville, North Carolina. As of the Petition Date, the Debtor had no employees in the United States, and ESI had 5 employees in the United States. ESI's primary operating markets are divided into four market segments: (1) surface care products (i.e., disinfectants/sanitizers/cleaners); (2) geobiocides for the oil & gas industry; (3) animal care products, and (4) personal care products. For the quarter ended March 31, 2010, the Debtor had revenue of $105,352 and for the year ended March 31, 2010, the Debtor had revenue of $426,910.

---

[1] Such filing reported financial data for the Debtor and its affiliates on a consolidated basis.

4.  List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 10% or more of the voting securities of the Debtor:

<u>Name of Beneficial Owner</u>     <u>Estimated Percentage of Total Voting Power</u>

None

# ANPATH GROUP, INC.

## Joint Action by Unanimous Consent in Writing
## of the Board of Directors

Dated as of May 12, 2010

The undersigned, constituting the entire Board of Directors of Anpath Group, Inc. (the "Corporation"), by unanimous consent in writing, without the formality of convening a meeting, do hereby severally and collectively consent to the following actions of the Corporation:

### I. Chapter 11 Filing

RESOLVED, that in the judgment of the Board of Directors of the Corporation, it is desirable and in the best interests of the Corporation, its creditors and other interested parties that a voluntary petition for relief (the "Petition") be filed by the Corporation under the provisions of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and be it further

RESOLVED, that the filing of the Petition in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") be, and it hereby is, authorized and approved; and be it further

RESOLVED, that the President and Chief Executive Officer, Chief Financial Officer and Secretary and such other officers of the Corporation as they shall from time to time designate (collectively, the "Designated Officers") be and each of them, acting alone, hereby is, authorized and empowered, on behalf of and in the name of the Corporation (i) to execute and verify the Petition as well as all other ancillary documents related thereto and to cause the Petition to be filed with the Bankruptcy Court and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, pleadings, schedules, lists, motions, applications and other papers or documents that they may deem necessary or desirable in connection with the foregoing or the Chapter 11 case of the Corporation; and be it further

RESOLVED, that the Designated Officers be, and each of them hereby is, authorized and directed to retain the law firm of Cozen O'Connor to represent the Corporation, as counsel, in connection with any case commenced by it under the Bankruptcy Code, upon such terms and conditions as such officers or any of them shall approve; and be it further

RESOLVED, that the Designated Officers be, and each of them hereby is, authorized to employ other special counsel, accountants and other professionals as they deem necessary and appropriate to represent, assist or consult with the Corporation in connection with any case commenced by the Corporation under the Bankruptcy Code; and be it further

RESOLVED, that the Designated Officers be, and each of them hereby is, authorized and empowered to take any and all further actions and to execute and deliver any and all further instruments and documents and pay all expenses (subject to Bankruptcy Court approval, where necessary), in each case as in their judgment shall be necessary or desirable in order to fully

carry out the intent and accomplish the purpose of the resolutions adopted herein; and be it further

RESOLVED, that notwithstanding the delegation of authority to management contained in the preceding paragraphs, management of the Corporation shall continue to inform the Board of Directors of all material matters relating to the bankruptcy process including the retention of professionals by the Corporation, and will present for prior approval to the Board of Directors any out of the ordinary course matters relating to the operation of the Corporation or the Chapter 11 process before presentation to the Bankruptcy Court; and be it further

## II. Debtor-in-Possession Financing

RESOLVED, that the Corporation is hereby authorized to enter into that certain debtor-in-possession credit agreement (the "DIP Agreement") between the Corporation as debtor, debtor-in-possession and borrower, and ANPG Lending, LLC and Laidlaw & Company (UK) Ltd., as lenders (the "DIP Lenders"), substantially in the form previously provided to the Board of Directors and all documents, agreements and instruments related thereto, all schedules and exhibits attached to any of the foregoing, and any and all amendments thereto and renewals and extensions thereof (collectively, the "DIP Loan Documents") and such DIP Loan Documents are hereby adopted and approved in all respects; and that the Corporation hereby is authorized to enter into and perform its obligations under the DIP Agreement and the other DIP Loan Documents to which it is a party; to borrow under and in accordance with the terms of the DIP Loan Documents on a secured basis in such amounts as may be mutually agreed to from time to time; to incur from time to time obligations in respect of letters of credit and other extensions of credit; to grant to the DIP Lenders a lien upon all or substantially all of the unencumbered real and personal, tangible and intangible property and assets of the Corporation and certain eligible accounts receivable of the Corporation as security for the obligations outstanding from time to time under the DIP Agreement; to accord "superpriority" administrative status under section 503(b) of the Bankruptcy Code to amounts due under the DIP Loan Documents and to pay all amounts due thereunder from time to time; to enter into such banking and cash management arrangements as are necessary or desirable to give effect to the requirements of the DIP Loan Documents; to provide each bank or trust company that at any time maintains an account on behalf of the Corporation with the necessary authority to deposit to the credit of the DIP Lenders all checks, drafts, orders or instruments payable to the Corporation or to its order; and that the Designated Officers be, and each of them hereby is, authorized and empowered in the name and on behalf of the Corporation and under its corporate seal or otherwise, to execute and deliver the DIP Agreement and the other DIP Loan Documents to which the Corporation is a party, with such deletions or changes therein or additions thereto as the officer executing the same deems necessary, desirable, convenient or appropriate and each such officer is further authorized to waive the Corporation's right to a trial by jury and any other rights of the Corporation as such officer deems appropriate; and be it further

## III. Plan of Reorganization

RESOLVED, that the Corporation is hereby authorized to sign and cause to be filed the proposed *Plan of Reorganization of Anpath Group, Inc.* and *Disclosure Statement With Respect to Plan of Reorganization of Anpath Group, Inc.*, each substantially in the form previously

provided to the Board of Directors, and all documents, agreements and instruments related thereto, all schedules and exhibits attached to any of the foregoing, and any and all amendments thereto and renewals and extensions thereof; and be it further

IV. **General**

RESOLVED, that each and every officer of the Corporation be, and each of them acting alone is, hereby authorized and empowered from time to time in the name and on behalf of the Corporation to take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as such officer may deem necessary, advisable or proper to carry out the intent and purpose of the foregoing, including the execution and delivery of any instruments of indebtedness, security agreements, pledges, financing statements and the like, and to perform the obligations of the Corporation under the Bankruptcy Code, all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, the performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Corporation; and be it further

RESOLVED, that in addition to the specific authorization heretofore conferred upon the Designated Officers of the Corporation, each of the officers of the Corporation be, and each of them hereby is authorized and empowered, in the name and on behalf of the Corporation, to do or cause to be done all such further acts and things and to execute and deliver all such other instruments, certificates, agreements and documents as they or any of them may consider necessary or appropriate to enable the Corporation to carry out the intent and to accomplish the purpose of the foregoing resolutions; and be it further

RESOLVED, that all actions heretofore taken by any officer or director of the Corporation in connection with the foregoing resolutions be, and they hereby are, confirmed, ratified and approved in all respects; and it is further

RESOLVED, that the powers and authorizations hereby conferred by this Board of Directors shall be binding upon the Corporation.

_____

_____

Constituting the entire Board of Directors

3

provided to the Board of Directors, and all documents, agreements and instruments related thereto, all schedules and exhibits attached to any of the foregoing, and any and all amendments thereto and renewals and extensions thereof; and be it further

## IV.  General

RESOLVED, that each and every officer of the Corporation be, and each of them acting alone is, hereby authorized and empowered from time to time in the name and on behalf of the Corporation to take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as such officer may deem necessary, advisable or proper to carry out the intent and purpose of the foregoing, including the execution and delivery of any instruments of indebtedness, security agreements, pledges, financing statements and the like, and to perform the obligations of the Corporation under the Bankruptcy Code, all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, the performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Corporation; and be it further

RESOLVED, that in addition to the specific authorization heretofore conferred upon the Designated Officers of the Corporation, each of the officers of the Corporation be, and each of them hereby is authorized and empowered, in the name and on behalf of the Corporation, to do or cause to be done all such further acts and things and to execute and deliver all such other instruments, certificates, agreements and documents as they or any of them may consider necessary or appropriate to enable the Corporation to carry out the intent and to accomplish the purpose of the foregoing resolutions; and be it further

RESOLVED, that all actions heretofore taken by any officer or director of the Corporation in connection with the foregoing resolutions be, and they hereby are, confirmed, ratified and approved in all respects; and it is further

RESOLVED, that the powers and authorizations hereby conferred by this Board of Directors shall be binding upon the Corporation.

_____

_____


Constituting the entire Board of Directors

3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ANPATH GROUP, INC., | ) | Case No. 10-____ (____) |
| | ) | |
| Debtors. | ) | |

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Del. Bank. L.R. 1007-1(a), debtor Anpath Group, Inc. (the "Debtor"), by and through its proposed undersigned counsel, hereby states that the following entities directly or indirectly own 10% or more of the Debtor's publicly traded common stock: NONE

## CERTIFICATION

I, the undersigned officer of Anpath Group, Inc., declare under penalty of perjury that I have reviewed the foregoing Corporate Ownership Statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: May 20, 2010

J. Lloyd Breedlove
President and Chief Executive Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
ANPATH GROUP, INC., ) Case No. 10-_____ ( )
)
Debtor. )

## CONSOLIDATED LIST OF UNSECURED CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

Following is the list of the debtors' creditors holding the 20 largest unsecured claims. The list if prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE AND FAX NUMBER | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) Contingent Unliquidated Disputed | (5) AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| Fares Khodr<br>91 Chemin Des Evequaux<br>Biviers 38330<br>France | | Note | | 259,333.34 |
| Bernard Questier<br>14 Rue Valentin Simon<br>Luxembourg, L-2559<br>Luxembourg | | Note | | 215,022.23 |
| Peter Nordin APS<br>Bakkevej 2A<br>Snekkersten, DK 3070,<br>Denmark | | Note | | 108,911.12 |
| Gusrae, Kaplan, Bruno<br>& Nusbaum PLLC<br>120 Wall Street<br>New York, NY 10005 | | Legal Services | | 98,962.37 |
| Arthur Douglas & Associates<br>5575 S. Semoran Boulevard, #5012<br>Orlando, FL 32822 | | Note | | 93,105.83 |
| Roger Gehrig<br>90 Park Avenue, 31st Floor<br>New York, NY 10016 | | Note | | 78,344.44 |

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE AND FAX NUMBER | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) Contingent Unliquidated Disputed | (5) AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| Richard Pitt<br>3 Potters Close<br>Prestwood<br>Great Missensen Bucks, HP16 9DD<br>United Kingdom | | Note | | 65,346.66 |
| Hans Torsen<br>Dokkgt GC 4A<br>Trondhelm Norway | | Note | | 53,522.22 |
| Bruno Donnou<br>38 Rue Du Mont Valerien<br>St. Cloud 92210<br>France | | Note | | 52,655.56 |
| Sveinn Jonatansson<br>Sigton 42 105<br>Reykjavik 105<br>Iceland | | Note | | 48,170.00 |
| Kenneth H. Potter and<br>Sandra M. Potter<br>5404 Amsterdam Place<br>Raleigh, NC 27606 | | Note | | 42,240.00 |
| Williams & Webster PS<br>601 W. Riverside Ave., Suite 430<br>Spokane, WA 99201 | | Professional services | | 38,177.50 |
| Markus Topinka<br>1345 Sherborne Lane<br>Powell, OH 43065 | | Note | | 38,118.89 |
| Luc Lissoir<br>BMO Nesbitt Nurns<br>3 Times Square<br>New York, NY 10036 | | Note | | 32,673.33 |
| Peter Thomson<br>Apartado 176<br>Zona Postal 2101-A<br>Maracay Edo Aragua<br>Venezuela | | Note | | 32,673.33 |
| Jane McEvoy<br>350 E. 79th Street, Apt. 39C<br>New York, NY 10075 | | Note | | 27,227.78 |
| Mike and Sheila Carroll<br>3919 Happy Valley Road<br>Lafayette, CA 94549 | | Note | | 26,761.11 |
| John Eilers<br>3750 Grandin Road<br>Cincinnati, OH 45226 | | Note | | 26,761.11 |

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE AND FAX NUMBER | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) Contingent Unliquidated Disputed | (5) AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| Carl Rountree<br>3245 Reba Drive<br>Houston, TX | | Note | | 26,455.56 |
| Mark and Beatrice deGaribel<br>Baarerstrasse 55<br>6300 Zug<br>Switzerland | | Note | | 26,300.00 |

## DECLARATION CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    I, J. Lloyd Breedlove, am President and Chief Executive Officer of Anpath Group, Inc., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated: May 20, 2010

                                                      J. Lloyd Breedlove  
                                                      President and Chief Executive Officer

ANPG Lending LLC
c/o Romulus Holdings
2200 Fletcher Avenue
Fort Lee, NJ 07024

Benard Questier
14 Rue Valentine
Luexmbourg L-2559
Luexmbourg

Fares Khord
91 Chemin Des Evequaux
Biviers 38330
France

Ira N. Kalfus
1 W. 85th Street, Apt. 3A
New York, NY 10024

Gusrae, Kaplan Bruno & Nusbaum PLLC
120 Wall Street
New York, NY 10005

Issuer Direct Corp.
305 Colonades Way
Cary, NC 27511

Pattillo, Brown & Hill, LLP
P.O. Box 20725
Waco, TX 76702

William & Webster PS
601 W. Riverside, Suite 430
Spokane, WA 99201

J. Lloyd Breedlove
224 Rolling Hill Road, Suite 2A
Mooresville, NC 28117

Stephen Hoelscher
515 Congress Avenue, Suite 1400
Austin, TX 78701

Arthur Douglas & Associates
5575 S. Semoran Boulevard, #5012
Orlando, FL 32822

Martin Kunze
Pedentor #131 22421-030
Rio De Janerio
Brazil

Peter Nordin
APS
Bakkevej 2A
Snekkersten, DK 3070
Denmark

Markus Topinka
1345 Sherborne Lane
Powell, OH 43065

Richard Pitt

3 Potters Close Prestwood
Great Missensen Bucks
HP16 9DD
UK

Ben Rinkel
Emmalaan 6
Wognum, 1687 BB
Netherlands

Johan Visser
59 Dorpsstraat
Zwagg N-Holland, 1689 ER
Netherlands

Gideon Friedman
9 Tavor Street
Mevassert Zion 90805
Israel

Franz Wyss
Rainstrasse 4
Hergiswil, 6052
Switzerland

Marco Wanders
Nieuwe Plantage 10
Delft 2611 XH
Netherlands

Peter Thomson
Apartado 176
Zona Postal 2101-A
Maracay Edo Aragua, Venezuela

Elsa & Norman Rush
18 High Tor Road
New City, NY 10956

Surendranath Kavuri
208 Farlwood Drive
Dublin, GA 31021

Jane McEvoy
350 E 79th Street, Apt. 39C
New York, NY 10075

Kirby Frank
7151 Wildwood Place NE
Atlanta, GA 30324

David W. & Cynthia Katt
3577 Starlite Drive
West Bend, WI 53095

Walter Nollmann
1192 Park Avenue, Apt 9C
New York, NY 10128

Richard Coughlin
24505 Mountain Charlie Road
Los Gatos, CA 95033

Steve Kroiss
90 Park Avenue, 31st Floor
New York, NY 10016

Jorge Rodriguez
c/o Proctor & Gamble De Venezuela
Calle Altaracia Sorokaima
Caracas Venezuela


Harold Faulhaber
27 Forest Street
Unterhachim 82008
Germany

Mike & Sheila Carroll
3919 Happy Valley Road
Lafayette, CA 94549

John Eilers
3750 Grandin Road
Cincinnati, OH 45226

Marc Cremer
64 Aspen Road
Sharon, MA 02067

Sveinn Jonatansson
Sigton 42 105
Reykjavik 105
Iceland
Frank Lize
c/o Flextronics Manufacturing
Corretera Base Aera
5850-KM5 Zapapan Tulisco
Mexico

Hans Englebrecht
38-43 AA
Harderwijk
Netherlands

Hans Torsen
Dokkgt GC 4A
Trondhelm
Norway

Carl Rountree
3245 Reba Drive
Houston, TX 77019

Bruno Donnou
38 Rue Du Mont Valerien
St Clound 92210
France

Fredrik Rosman
Tonfiskv 10
Lidingo 181 30
Sweden

Kenneth H. and Sandra M Potter
5404 Amsterdam Place

Raleigh, NC 27606

Mark DeGaridel and Beatrice DeGaridel
Baarerstrasse 55
6300 Zug
Switzerland

Peter Borkey
161 Avenue De Choisy
Paris 75013
France

Roger Gehrig
90 Park Avenue, 31st Floor
New York, NY 10016

Hans Torsen
Dokkgt GC 4A
Trondhelm
Norway

Sveinn Jonatansson
Sigton 42 105
Reykjavik 105
Iceland

Luc Lissoir
BMO Nesbitt Nurns
3 Times Square
New York, NY 10036

5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ANPATH GROUP, INC., | : | Case No. 10-____ (__) |
| Debtor. | : | |

### DECLARATION REGARDING CREDITOR MATRIX

I, J. Lloyd Breedlove, the President and Chief Executive Officer of the above-captioned debtor, declare under penalty of perjury that I have reviewed the Creditor Matrix submitted herewith and that it is true and correct to the best of my information and belief.

Dated: May 20, 2010

J. Lloyd Breedlove
President and Chief Executive Officer