## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ANPATH GROUP, INC., | : | Case No. 10-11652 (KJC) |
| | : | |
| Debtor. | : | |

## DECLARATION OF STEPHEN HOELSCHER IN SUPPORT OF CONFIRMATION OF THE DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION, AS MODIFIED

Stephen Hoelscher, being duly sworn, hereby declares and certifies under penalty of perjury:

1.    I am the Chief Financial Officer of Anpath Group, Inc. (the "Debtor"), a corporation duly organized under and existing pursuant to the laws of the State of Delaware. In my capacity as such, I have detailed knowledge of, and experience with, the business and financial affairs of the Debtor and its subsidiaries and affiliates. I am authorized to make this declaration (the "Declaration") on behalf of the Debtor.

2.    This Declaration is made in support of confirmation of the First Amended Plan of Reorganization of Anpath Group, Inc., as Modified (the "Modified First Amended Plan").[1] I participated in the negotiation and preparation of the Initial Plan (defined below), the First Amended Plan (defined below), and the Modified First Amended Plan, and I have reviewed the Modified First Amended Plan and other pertinent information prior to making this Declaration. Therefore, I am fully familiar with the Modified First Amended Plan.

3.    In addition, I participated in the preparation of the Recapitalization Pro Forma (the "Cap Table"), attached hereto (and incorporated by reference) as Exhibit A, and the 13-month financial projections for the Reorganized Debtor (the "Projections"), attached hereto (and incorporated by reference) as Exhibit B.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them by the Amended Plan.

4.      Except as otherwise indicated, all of the facts set forth herein are based upon my personal experience and knowledge of the Debtor's operations.  If I were called to testify, I could and would testify to the facts set forth herein.

**Background**

5.      On May 20, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  The Debtor continues to operate its business and manage its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.      No trustee or examiner has been appointed in this bankruptcy case.

7.      The Debtor, which is headquartered in Mooresville, North Carolina, is a Delaware holding company incorporated in August, 2004.  The Debtor's wholly owned subsidiary is EnviroSystems Holdings, Inc., a Delaware corporation which wholly owns EnviroSystems, Inc., a Nevada Corporation ("ESI").

8.      On the Petition Date, the Debtor filed its initial Plan of Reorganization (the "Initial Plan") and a motion seeking approval of its Disclosure Statement as well as the establishment of deadlines and procedures related to notice, solicitation, voting, and confirmation.

9.      On June 29, 2010, the Debtor filed both a First Amended Chapter 11 Plan of Reorganization (the "First Amended Plan") and First Amended Disclosure Statement With Respect to Plan of Reorganization of Anpath Group, Inc. (the "Amended Disclosure Statement").

10.     On November 17, 2010, the Debtors filed the Modified First Amended Plan.  The Debtors filed the Modified First Amended Plan to, in large part, reflect the fact that the Private Placement Offering is no longer contemplated and has been replaced with additional DIP financing.  The Chapter 11 Case has lasted several months longer than the Debtor originally

anticipated, thus requiring increased borrowing under the DIP Facility as authorized by the DIP Orders, which have been entered by the Court. The Modified First Amended Plan therefore accounts for the DIP Claims of the DIP Lenders and the fact that the Distributable New Equity previously earmarked for the Private Placement Offering participants will instead be issued to the DIP Lenders.

11.     The Cap Table reflects the extent to which various Classes of Creditors will receive a percentage of the Distributable New Equity in the Reorganized Debtor under the Modified First Amended Plan. A prior version of the cap table was annexed to the Amended Disclosure Statement as an exhibit to the Plan Support Agreement. A copy of the prior cap table is annexed hereto as Exhibit C. The prior cap table illustrated the proposed treatment of creditors at confirmation and after the closing of the contemplated rights offering, which later changed under the First Amended Plan to the Private Placement Offering.

12.     In light of the delay in confirming the First Amended Plan, the Debtors found it necessary to obtain additional DIP financing to sustain its operations. The additional DIP financing has eliminated the need for the Private Placement Offering.

13.     The percentages of the Distributable New Equity allocated to each Class under the Modified First Amended Plan are virtually identical to that contemplated in the cap table attached to the Amended Disclosure Statement. It must be noted that in the First Amended Plan, the distributions of Distributable New Equity were in each case made subject to dilution upon consummation of the then-anticipated Private Placement Offering. Under the Modified First Amended Plan, the potential for dilution no longer exists under the Private Placement Offering. As a result, the Debtor believes that the changes reflected in the Modified First Amended Plan do not change the contemplated treatment of the creditors that voted on the plan and as such re-solicitation of the Modified First Amended Plan is not necessary.

14. By way of example, the First Amended Plan provides that Class 4 Convertible Notes Claims will receive 34% of the Distributable New Equity, subject to dilution if the Debtor consummates the Private Placement Offering. In the cap table attached to the Amended Disclosure Statement, the Debtor provides that Class 4 will receive 27.2%, if $1 million is raised under the Private Placement Offering, or 24.7%, if $1.5 million is raised under the Private Placement Offering. As noted, the Private Placement Offering is replaced by the additional DIP financing under the Modified First Amended Plan. The Modified First Amended Plan provides that Class 4 Convertible Note Claims will receive 26.9% of the Distributable New Equity based upon the additional DIP financing. As such, the treatment under the Modified First Amended Plan for Class 4 is the same as under the First Amended Plan. The result is the same for the other impaired classes under the Plan.

## Confirmation Requirements

15. The Debtor has commitments for financing under the DIP Facility that will provide sufficient funds to make all Distributions required under the Modified First Amended Plan. Therefore, I believe that the Modified First Amended Plan is feasible.

16. Also, based on the Projections and the funding commitments under the DIP Facility, I believe that the Debtor will be able to sustain its business operations going forward. Therefore, I believe that confirmation of the Modified First Amended Plan will not likely lead to liquidation or the need for further financial reorganization.

17. After consultation with counsel, I believe that the Modified First Amended Plan provides for a distribution to Creditors that is greater than what Creditors would receive if this were a Chapter 7 case, and that the Modified First Amended Plan is in the best interest of Creditors.

18.    The Declaration of J. Lloyd Breedlove, President and Chief Executive Officer of the Debtor (the "Breedlove Declaration"), has been filed concurrently therewith. The Breedlove Declaration addresses the further Bankruptcy Code requirements for confirmation of the Modified First Amended Plan.

19.    Based on all of the facts set forth in this Declaration and after consultation with bankruptcy counsel, I believe that the Modified First Amended Plan satisfies the requirements for confirmation of a plan as set forth in the Bankruptcy Code. Therefore, I respectfully request that the Court confirm the Modified First Amended Plan.

I hereby declare under penalty of perjury this 18th day of November, 2010, that the foregoing is true and correct to the best of my knowledge, information and belief.

Stephen Hoelscher